| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Joseph J. Rogers, Esquire (JJR1185)<br>900 Route 168, Suite I-4<br>Turnersville, NJ 08012<br>(856) 228-7964 | **Order Filed on March 10, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re: Christine M. McCool | Case Number: 13-30355 JNP<br><br>Hearing Date:<br><br>Judge: Jerrold Poslusny Jr. |

## ORDER AUTHORIZING LOAN MODIFICATION

The relief set forth on the following pages, two (2) through three (3) is hereby **ORDERED**.

**DATED: March 10, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Christine M. McCool
Case No.: 13-30355 JNP
Caption of Order: ORDER GRANTING APPLICATION TO AUTHORIZE LOAN

MODIFICATION

1. That the Debtor is hereby authorized to enter into and consummate a loan modification with Wells Fargo Home Mortgage pursuant to the terms and conditions of the annexed loan modification agreement, relating to real property located at 651 Proposed Avenue, Franklinville NJ 08322.

2. That the Debtor and/or Wells Fargo Home Mortgage are authorized to enter and consummate any transaction necessary and incident to the modification of the loan relating to this property, the sole exception being the transfer of the property or an interest in the property by the Debtor to someone else.

    a. Limited Stay Relief is Granted to allow Wells Fargo Home Mortgage to negotiate any such agreement with the Debtor or counsel, enter into and sign a loan modification agreement, and record any documents with the appropriate Recorders office.

3. That the Debtor and/or Wells Fargo Home Mortgage are authorized to negotiate and prepare the terms or documents relating to a loan modification, or any necessary transaction incident to a loan modification agreement, such as, but not limited to the circumstances described above, with respect to this property and any such negotiation and/or preparation of documents and/or recording of documents, by the parties shall not be considered to be a violation of the automatic stay and are specifically authorized by the Court.

4. Wells Fargo Home Mortgage shall amend its Proof of Claim to $0 or the amount paid to date within 30 days of the date of this Order;

5. The Debtor shall file a Modified Chapter 13 Plan within 30 days of this Order;

6. The Debtor will file an amended Schedule J within 30 days of the entry of the within Order.