UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

**Order Filed on March 10, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re: Christine M. McCool

Case Number: 13-30355 JNP

Hearing Date:

Judge: Jerrold Poslusny Jr.

## ORDER AUTHORIZING LOAN MODIFICATION

The relief set forth on the following pages, two (2) through three (3) is hereby **ORDERED**.

**DATED: March 10, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Christine M. McCool
Case No.: 13-30355 JNP
Caption of Order: ORDER GRANTING APPLICATION TO AUTHORIZE LOAN

MODIFICATION

1. That the Debtor is hereby authorized to enter into and consummate a loan modification with Wells Fargo Home Mortgage pursuant to the terms and conditions of the annexed loan modification agreement, relating to real property located at 651 Proposed Avenue, Franklinville NJ 08322.

2. That the Debtor and/or Wells Fargo Home Mortgage are authorized to enter and consummate any transaction necessary and incident to the modification of the loan relating to this property, the sole exception being the transfer of the property or an interest in the property by the Debtor to someone else.

   a. Limited Stay Relief is Granted to allow Wells Fargo Home Mortgage to negotiate any such agreement with the Debtor or counsel, enter into and sign a loan modification agreement, and record any documents with the appropriate Recorders office.

3. That the Debtor and/or Wells Fargo Home Mortgage are authorized to negotiate and prepare the terms or documents relating to a loan modification, or any necessary transaction incident to a loan modification agreement, such as, but not limited to the circumstances described above, with respect to this property and any such negotiation and/or preparation of documents and/or recording of documents, by the parties shall not be considered to be a violation of the automatic stay and are specifically authorized by the Court.

4. Wells Fargo Home Mortgage shall amend its Proof of Claim to $0 or the amount paid to date within 30 days of the date of this Order;

5. The Debtor shall file a Modified Chapter 13 Plan within 30 days of this Order;

6. The Debtor will file an amended Schedule J within 30 days of the entry of the within Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 13-30355-JNP
Christine M. McCool                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Mar 13, 2017
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2017.
db             +Christine M. McCool,    651 Proposed Avenue,    Franklinville, NJ 08322-3044

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2017 at the address(es) listed below:
          Angela Catherine Pattison    on behalf of Loss Mitigation    WELLS FARGO BANK, N.A.
           angela.pattison@powerskirn.com, ecf@powerskirn.com
          Anne Marie Aaronson    on behalf of Creditor    Police and Fire Federal Credit Union
           aaaronson@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;mferrier@dilworthlaw.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA
           bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Joseph J. Rogers    on behalf of Debtor Christine M. McCool jjresq@comcast.net,
           jjresq1@comcast.net
          William M.E. Powers    on behalf of Loss Mitigation    WELLS FARGO BANK, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 8