Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 13−30355−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christine M. McCool
   aka Christine Arnold
   651 Proposed Avenue
   Franklinville, NJ 08322

Social Security No.:
   xxx−xx−7523

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 14, 2013.

On 4/24/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:            June 7, 2017
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 25, 2017
JAN: kvr

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Christine M. McCool  
    Debtor

Case No. 13-30355-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Apr 25, 2017  
                         Form ID: 185     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2017.
```
db              +Christine M. McCool,   651 Proposed Avenue,   Franklinville, NJ 08322-3044
aty             #Zucker, Goldberg & Ackerman, LLC,   200 Sheffield Street,   PO Box 1024,
                  Mountainside, NJ 07092-0024
lm              +WELLS FARGO BANK, N.A.,   3476 Stateview Boulevard /MAC# X7801-014,   Fort Mill, SC 29715-7200
514218622       #+Nudelman, Klemm & Golub,   425 Eagle Rock, Ste 403,   Roseland, NJ 07068-1787
514218623       +Police And Fire Fcu,   901 Arch Street,   Philadelphia, PA 19107-2495
514218627       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                  ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
                (address filed with court:  Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                  Frederick, MD  21701)
514218626       +Web Bank/dfs,   One Dell Way,   Round Rock, TX 78682-7000
514468443       +Wells Fargo Bank, NA,   c/o Zucker Goldberg & Ackerman,   200 Sheffied Street, Suite 301,
                  Mountainside, NJ 07092-2315
514469047       +Wells Fargo Bank, NA,   Attn: bankruptcy Dept,   MAC# D3347-014,   3476 Stateview Blvd,
                  Ft. Mill, SC 29715-7203
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 25 2017 22:26:13    U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 25 2017 22:26:11    United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
514234944       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 25 2017 22:26:08    Asset Acceptance LLC,
                  PO Box 2036,   Warren MI 48090-2036
514218619       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 25 2017 22:26:08    Asset Acceptance Llc,
                  Po Box 1630,   Warren, MI 48090-1630
514218620       +E-mail/Text: bankruptcy@cavps.com Apr 25 2017 22:26:26    Cavalry Portfolio Serv,
                  7 Skyline Dr Ste 3,   Hawthorne, NY 10532-2162
514218621       +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2017 22:23:31    Gecrb/Care One,   PO Box 981439,
                  El Paso, TX 79998-1439
514455469        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2017 22:30:46
                  Portfolio Recovery Associates, LLC,   c/o Car Care One,   POB 41067,   Norfolk VA 23541
514218625       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2017 22:30:46
                  Portfolio Recvry&affil,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
                                                                                               TOTAL: 8

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               WELLS FARGO BANK, NA
514218624*      +Police And Fire Fcu,   901 Arch Street,   Philadelphia, PA 19107-2495
                                                                                               TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Apr 25, 2017
                              Form ID: 185             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2017 at the address(es) listed below:

        Angela Catherine Pattison    on behalf of Loss Mitigation    WELLS FARGO BANK, N.A.
         angela.pattison@powerskirn.com, ecf@powerskirn.com
        Anne Marie Aaronson    on behalf of Creditor    Police and Fire Federal Credit Union
         aaaronson@dilworthlaw.com,
         cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;mferrier@dilworthlaw.com;cct@dilworthlaw.com
        Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA
         bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        Joseph J. Rogers    on behalf of Debtor Christine M. McCool jjresq@comcast.net,
         jjresq1@comcast.net
        William M.E. Powers    on behalf of Loss Mitigation    WELLS FARGO BANK, N.A. ecf@powerskirn.com
                                                                                                                       TOTAL: 8