**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Christine M. McCool** | Social Security number or ITIN | xxx–xx–7523 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 13–30355–JNP | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christine M. McCool
aka Christine Arnold

9/14/17

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-30355-JNP
Christine M. McCool                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin           Page 1 of 2         Date Rcvd: Sep 14, 2017
                            Form ID: 3180W         Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db            +Christine M. McCool,    651 Proposed Avenue,    Franklinville, NJ 08322-3044
514218622     #+Nudelman, Klemm & Golub,    425 Eagle Rock, Ste 403,    Roseland, NJ 07068-1787
514218623      +Police And Fire Fcu,    901 Arch Street,    Philadelphia, PA 19107-2495
514218627     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                Frederick, MD  21701)
514468443      +Wells Fargo Bank, NA,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2017 02:00:20    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2017 02:00:18    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
lm            +EDI: WFFC.COM Sep 15 2017 01:43:00    WELLS FARGO BANK, N.A.,
                3476 Stateview Boulevard /MAC# X7801-014,    Fort Mill, SC 29715-7200
514234944     +EDI: ACCE.COM Sep 15 2017 01:43:00    Asset Acceptance LLC,    PO Box 2036,
                Warren MI 48090-2036
514218619     +EDI: ACCE.COM Sep 15 2017 01:43:00    Asset Acceptance Llc,    Po Box 1630,
                Warren, MI 48090-1630
514218620     +E-mail/Text: bankruptcy@cavps.com Sep 15 2017 02:00:36    Cavalry Portfolio Serv,
                7 Skyline Dr Ste 3,    Hawthorne, NY 10532-2162
514218621     +EDI: RMSC.COM Sep 15 2017 01:43:00    Gecrb/Care One,    PO Box 981439,
                El Paso, TX 79998-1439
514455469      EDI: PRA.COM Sep 15 2017 01:43:00    Portfolio Recovery Associates, LLC,    c/o Car Care One,
                POB 41067,    Norfolk VA 23541
514218625     +EDI: PRA.COM Sep 15 2017 01:43:00    Portfolio Recvry&affil,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4952
514218626     +EDI: RCSDELL.COM Sep 15 2017 01:43:00    Web Bank/dfs,    One Dell Way,
                Round Rock, TX 78682-7000
514469047     +EDI: WFFC.COM Sep 15 2017 01:43:00    Wells Fargo Bank, NA,    Attn: bankruptcy Dept,
                MAC# D3347-014,    3476 Stateview Blvd,    Ft. Mill, SC 29715-7203
                                                                                     TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             WELLS FARGO BANK, NA
514218624*    +Police And Fire Fcu,    901 Arch Street,    Philadelphia, PA 19107-2495
aty           ##Zucker, Goldberg & Ackerman, LLC,    200 Sheffield Street,    PO Box 1024,
                Mountainside, NJ  07092-0024
                                                                          TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                              Signature:    /s/Joseph Speetjens

District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 14, 2017
                             Form ID: 3180W            Total Noticed: 16

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
          Angela Catherine Pattison    on behalf of Loss Mitigation    WELLS FARGO BANK, N.A.
           angela.pattison@powerskirn.com,  ecf@powerskirn.com
          Anne Marie  Aaronson   on behalf of Creditor    Police and Fire Federal Credit Union
           aaaronson@dilworthlaw.com,
           cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;mferrier@dilworthlaw.com;cct@dilworthlaw.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA
           bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Joseph J. Rogers    on behalf of Debtor Christine M. McCool jjresq@comcast.net,
           jjresql@comcast.net
          William M.E. Powers    on behalf of Loss Mitigation    WELLS FARGO BANK, N.A. ecf@powerskirn.com
                                                                                 TOTAL: 8